# STILLMAN & ASSOCIATES

3015 NORTH BAY ROAD, SUITE B
MIAMI BEACH, FL 33140

TELEPHONE (888) 235-4279
FACSIMILE (888) 235-4279
e-mail pstillman@stillmanassociates.com

PHILIP H. STILLMAN
ADMITTED IN MASSACHUSETTS
AND CALIFORNIA

115 North Orange Drive
Los Angeles, California 90036

July 29, 2022

*VIA ECF*

The Honorable Lee G. Dunst
United States Magistrate Judge
United States District Court
 For the Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

**Re:** *Tenzer-Fuchs v. CME Enterprises, LLC*, Case No. 2:22-cv-00811-ARR-ST
 **Notice Of Unavailability On Monday, August 1 and Request To Reset**

Dear Judge Dunst:

I represent defendant in the above-referenced action.  I received Zoom information from your Courtroom Deputy this afternoon for a status conference on August 1 at 12 p.m.  Unfortunately, my elderly mother is in the Intensive Care Unit after a fall, which has required that I leave for Los Angeles on Monday morning at 7 a.m. rather than, as planned, today.  I will thus be in the air at noon EDT on Monday, arriving in Los Angeles at 3:30 p.m. EDT.  Because of this unexpected change, I respectfully request that the status conference be reset from noon EDT to some other time after 3:30 p.m. or some other day this week.

By: *Philip H. Stillman*

Philip H. Stillman, Esq.
STILLMAN & ASSOCIATES
3015 N. Bay Rd, Suite B
Miami Beach, FL 33140
(888) 235-4279
pstillman@stillmanassociates.com