So Ordered,

/s/(ARR)

ALLYNE R. ROSS  U . S . D . J .

2/2/23

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------- X

MICHELLE TENZER-FUCHS, on behalf of
herself and all others similarly situated,

        Plaintiff,

    v.

CME INTERNATIONAL, LLC

        Defendant.

------------------------------------------------------- X

Civil Action No. 22-00811-ARR-LGD

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michelle Tenzer-

Fuchs ("Plaintiff") and Defendant CME INTERNATIONAL, LLC ("Defendant"), by and

through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate

and agree that this action shall be dismissed with prejudice. Each party shall bear its own costs,

expenses, and attorney's fees.

Dated: Forest Hills, New York
  January 31, 2023

**STILLMAN ASSOCIATES**

By: /s/ Philip H. Stillman
Philip H. Stillman
3015 North Bay Road Suite B
Miami Beach, FL 33140
pstillman@stillmanassociates.com

*Attorneys for Defendant*

**SHALOM LAW, PLLC**

By /s/Jonathan Shalom
Jonathan Shalom
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Telephone: (718) 971-9474

*Attorneys for Plaintiff*
*Michelle Tenzer-Fuchs*